AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MARILYN Y. ARMSTRONG, MARSHALL R. MAZYCK, LILIAN ALVARADO, GORDON URQUHART, BLAKE J. WILLETT, BRYAN HENRY, KENNETH DAVIS, ERIC MOORE, NZINGHA M. KELLMAN, and MICHAEL BENJAMIN,

Plaintiffs,

V.

METROPOLITAN TRANSPORTATION AUTHORITY, ELLIOT SANDER, EXECUTIVE DIRECTOR and CHIEF EXECUTIVE OFFICER OF THE MTA, WILLIAM MORANGE, DEPUTY EXECUTIVE DIRECTOR/ DIRECTOR OF SECURITY OF THE MTA, KEVIN MCCONVILLE, CHIEF OF THE MTA POLICE DEPARTMENT, and TERRANCE CULHANE, ASSISTANT DEPUTY CHIEF OF THE MTA POLICE DEPARTMENT,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07 CV 3561**

TO: (Name and address of defendant)

Metropolitan Transportation Authority
347 Madison Avenue
New York, NY 10014

Elliot Sander
347 Madison Avenue
New York, NY 10014

William Morange
347 Madison Avenue
New York, NY 10014

Kevin McConville
347 Madison Avenue
New York, NY 10014

Terrance Culhane
347 Madison Avenue
New York, NY 10014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

McLaughlin & Stern, LLP
260 Madison Avenue
18th Floor
New York, NY 10016
(212) 448-1100

Norman Siegel, Esq.
260 Madison Avenue
18th Floor
New York, NY 10016
(212) 532-7586

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*[signature: Marcos Quintero]*
(BY) DEPUTY CLERK

DATE: MAY 0 4 2007

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3561                                                                 Date Filed: _____

Plaintiff:
**MARILYN Y. ARMSTRONG, et al.**

vs.

Defendant:
**METROPOLIAN TRANSPORTATION AUTHORITY, et al.**

Received by ASK Litigation Support, Inc. to be served on **METROPOLITAN TRANSPORTATION AUTHORITY, 346 Madison Avenue, New York, NY 10014.**

I, Simon Kahn, being duly sworn, depose and say that on the **7th day of May, 2007** at **10:00 am**, I:

Personally delivered a true copy of the **Summons & Complaint with Judge and Magistratate' Rules including ECF** to Ann Cutler, Para-legal and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 145, Hair: Lt. Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/8/07___
               Date

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000279

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3561                                    Date Filed: _____

Plaintiff:
**MARILYN Y. ARMSTRONG, et al.**

vs.

Defendant:
**METROPOLIAN TRANSPORTATION AUTHORITY, et al.**

Received by ASK Litigation Support, Inc. to be served on **ELLIOT SANDER, MTA, 346 Madison Avenue, New York, NY 10014**.

I, Simon Kahn, being duly sworn, depose and say that on the **7th day of May, 2007** at **10:00 am**, I:

**PERSONALLY** delivered a true copy of the **Summons & Complaint with Judge and Magistratate' Rules including ECF** to Ann Cutler, Para-legal accepting for Sander Elliot, who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 145, Hair: Lt. Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/8/07___
                Date

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000280

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3561                                              Date Filed: _____

Plaintiff:
**MARILYN Y. ARMSTRONG, et al.**

vs.

Defendant:
**METROPOLIAN TRANSPORTATION AUTHORITY, et al.**

Received by ASK Litigation Support, Inc. to be served on **WILLIAM MORANGE, MTA, 346 Madison Avenue, New York, NY 10014.**

I, Simon Kahn, being duly sworn, depose and say that on the **7th day of May, 2007** at **10:00 am**, I:

**PERSONALLY** delivered a true copy of the **Summons & Complaint with Judge and Magistratate' Rules including ECF** to Ann Cutler, Para-legal accepting for William Morange, who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 145, Hair: Lt. Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____5/8/07____
              Date

Simon Kahn
0842361

**ASK Litigation Support, Inc.**
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000281

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3561                                          Date Filed: _____

**Plaintiff:**
**MARILYN Y. ARMSTRONG, et al.**

vs.

**Defendant:**
**METROPOLIAN TRANSPORTATION AUTHORITY, et al.**

Received by ASK Litigation Support, Inc. to be served on **NYS ATTORNEY GENERAL, 120 Broadway, New York, NY.**

I, Simon Kahn, being duly sworn, depose and say that on the **7th day of May, 2007** at **10:30 am, I:**

Personally delivered a true copy of the **Summons & Complaint with Judge and Magistratate' Rules including ECF** to Totlyn Lewis, Clerk, authorized and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served:  Age: 37,  Sex: F,  Race/Skin Color: Black,  Height: 5'5",  Weight: 135,  Hair: Black,  Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/8/07___
              Date

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY  10017
(212) 481-9000
Our Job Serial Number: 2007000284

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3561                                                                 Date Filed: _____

Plaintiff:
**MARILYN Y. ARMSTRONG, et al.**

vs.

Defendant:
**METROPOLIAN TRANSPORTATION AUTHORITY, et al.**

Received by ASK Litigation Support, Inc. to be served on **TERRANCE CULHANE, MTA, 346 Madison Avenue, New York, NY 10014**.

I, Simon Kahn, being duly sworn, depose and say that on the **7th day of May, 2007** at **10:00 am**, I:

**PERSONALLY** delivered a true copy of the **Summons & Complaint with Judge and Magistratate' Rules including ECF** to Ann Cutler, Para-legal accepting for Terrance Culhane, who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: Cuacasian, Height: 5'6", Weight: 145, Hair: Lt. Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/8/07___
                Date

**Simon Kahn**
0842361

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY 10017**
**(212) 481-9000**
Our Job Serial Number: 2007000283

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3561                                                                           Date Filed: _____

Plaintiff:
**MARILYN Y. ARMSTRONG, et al.**

vs.

Defendant:
**METROPOLIAN TRANSPORTATION AUTHORITY, et al.**

Received by ASK Litigation Support, Inc. to be served on **KEVIN MCCONVILLE, MTA, 346 Madison Avenue, New York, NY 10014.**

I, Simon Kahn, being duly sworn, depose and say that on the **7th day of May, 2007** at **10:00 am**, I:

**PERSONALLY** delivered a true copy of the **Summons & Complaint with Judge and Magistratate' Rules including ECF** to Ann cutler, Para-legal accepting for Kevin McConville, who was served in hand at the actual place of business, indicated above.

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 145, Hair: Lt. Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/8/07
           Date

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000282

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j