Lrn145.

LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
    Metropolitan Transportation Authority, Elliot Sandner, Executive
    Director and Executive Director of the MTA, William Morange,
    Deputy Executive Officer of the MTA, William Morange,
    Deputy Executive Director/Director of Security of the MTA,
    Kevin McConville, Chief of the MTA Police Department, and
    Terrance Culhane, Assistant Deputy Chief of the MTA Police
    Department
885 Third Avenue, 16th Floor
New York, NY 10022-4834
212.583.9600
(CB 9531)
(SF 5407)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Marilyn Y. Armstrong, Marshall R. Mazyck, Lilian
Alvarado, Gordon Urquhart, Blake J. Willet, Bryan
Henry, Kenneth Davis, Eric Moore, Nzingha M.
Kellman, and Michael Benjamin,

　　　　　　　　　Plaintiffs,

　　　-against-

Metropolitan Transportation Authority, Elliot
Sandner, Executive Director and Executive Director
of the MTA, William Morange, Deputy Executive
Officer of the MTA, William Morange, Deputy
Executive Director/Director of Security of the MTA,
Kevin McConville, Chief of the MTA Police
Department, and Terrance Culhane, Assistant Deputy
Chief of the MTA Police Department,

　　　　　　　　　Defendants.

Civil Action No. 07-3561 (GEL)

ECF Case

STIPULATION AND ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT

---

　　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties to this action, that the time for Defendants to answer, move or otherwise respond to the Complaint herein is adjourned from May 29, 2007 through and until July 13, 2007. This is the first extension requested by Defendants.

Date: May ___, 2007
New York, New York

/s/ _____
Steven J. Hyman (SH 2097)
Deanna R. Waldron (DW 2611)
Rachel D. Nicotra (RN 6770)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100

Norman Seigal (NS 6950)
260 Madison Avenue – 18th Floor
New York, NY 10016
(212) 532-7586

Attorneys for Plaintiffs
Marilyn Y. Armstrong, Marshall R. Mazyck, Lilian Alvarado, Gordon Urquhart, Blake J. Willett, Bryan Henry, Kenneth Davis, Eric Moore, Nzingha M. Kellman, and Michael Benjamin

/s/ _____
Craig R. Benson (CB 9531)
Stephen A. Fuchs (SF 5407)
LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600

Attorneys for Defendants
Metropolitan Transportation Authority, Elliot Sandner, Executive Director and Executive Director of the MTA, William Morange, Deputy Executive Officer of the MTA, William Morange, Deputy Executive Director/Director of Security of the MTA, Kevin McConville, Chief of the MTA Police Department, and Terrance Culhane, Assistant Deputy Chief of the MTA Police Department

SO ORDERED: /s/ _____
HON. GERARD E. LYNCH
United States District Judge

Date: May ___, 2007

Firmwide:82514238.1 030347.1016

-2-