LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
    Metropolitan Transportation Authority, Elliot Sander, William
    Morange, Kevin McConville, and Terrence Culhane
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600
Craig R. Benson (CB 9531)
Stephen A. Fuchs (SF 5407)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Marilyn Y. Armstrong, Marshall R. Mazyck, Lillian Alvarado, Gordon Urquhart, Blake J. Willett, Bryan Henry, Kenneth Davis, Eric Moore, Nzingha M. Kellman, and Michael Benjamin, | Civil Action No. 07-3561(GEL) <br><br> ECF Case |
| Plaintiffs, | **DECLARATION OF SERVICE** |
| -against- | |
| Metropolitan Transportation Authority, Elliot Sander, Executive Director and Chief Executive Officer of the MTA, William Morange, Deputy Executive Officer of the MTA, William Morange, Deputy Executive Director/Director of Security of the MTA, Kevin McConville, Chief of the MTA Police Department, and Terrance Culhane, Assistant Deputy Chief of the MTA Police Department, | |
| Defendants. | |

---

    Stephen A. Fuchs, an attorney admitted to practice before this Court, hereby declares as follows under penalties of perjury:

    On July 13, 2007, I electronically filed the foregoing Answer, which filing sent electronic notification to the following counsel of record:

Norman Siegel, Esq.<br>
*Attorney for Plaintiffs*<br>
260 Madison Avenue – 18th Floor<br>
New York, NY 10016

Steven J. Hyman, Esq.
Deanna R. Waldron, Esq.
Rachel D. Nicotra, Esq.
McLauglin & Stern, LLP
*Attorneys for Plaintiffs*
260 Madison Avenue
New York, NY 10016

s/_____<br>
Stephen A. Fuchs (SF 5407)

Firmwide:82772550.1 039247.1016