UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARILYN Y. ARMSTRONG, MARSHALL R. MAZYCK,
LILLIAN ALVARADO, GORDON URQUHART, BLAKE
J. WILLETT, BRYAN HENRY, KENNETH DAVIS, ERIC
MOORE, NZINGHA M. KELLMAN, and MICHAEL
BENJAMIN,
        Plaintiffs,

Index No.: 07 Civ 3561 (GEL)

AFFIDAVIT OF SERVICE

-against-

METROPOLITAN TRANSPORTATION AUTHORITY,
ELLIOT SANDER, EXECUTIVE DIRECTOR AND
CHIEF EXECUTIVE OFFICER OF THE MTA,
WILLIAM MORANGE, DEPUTY EXECUTIVE
DIRECTOR/DIRECTOR OF SECURITY OF THE MTA,
KEVIN McCONVILLE, CHIEF OF THE MTA POLICE
DEPARTMENT, and TERRANCE CULHANE,
ASSISTANT DEPUTY CHIEF OF THE MTA POLICE
DEPARTMENT,
        Defendants.
---------------------------------------------------------------X

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

        William Kang, being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age, and reside at Roslyn, New York.

        On August 1, 2007, I served Metropolitan Transportation Authority, Elliot Sander, Executive Director and Chief Executive Offier of the MTA, William Morange, Deputy Executive Director/Director of Security of the MTA, Kevin McConville, Chief of the MTA Police Department, and Terrance Culhane, Assistant Deputy Chief of the MTA Police Department a true copy of the <u>Amended Complaint</u> via First Class Mail by depositing true copies thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the following at their last known addresses:

        LITTLER MENDELSON
        A Professional Corporation
        Attorneys for Defendants
            Metropolitan Transportation Authority, Eliiot Sander, William
            Morange, Kevin McConville, and Terrence Culhane
        885 Third Avenue
        New York, NY 10022.4834
        Attn:    Craig R. Benson
                  Stephen A. Fuchs

                _____
                          William Kang

Sworn to before me this
1st day of August, 2007

_____
NOTARY PUBLIC

AIMEE SAGINAW
Notary Public, State of New York
No. 02SA6155629
Qualified in New York County
Commission Expires Nov. 13, 2010