LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
    Metropolitan Transportation Authority, Elliot Sander, William
    Morange, Kevin McConville and Terrence Culhane
885 Third Avenue, 16th Floor
New York, New York 10022.4834
212.583.9600
(KR/1418)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Marilyn Y. Armstrong, Marshall R. Mazyck, Lillian Alvardo, Gordon Urquhart, Blake J. Willett, Bryan Henry, Kenneth Davis, Eric Moore, Nzingha M. Kellman, and Michael Benjamin,<br><br>            Plaintiffs,<br><br>        -against-<br><br>Metropolitan Transportation Authority, Elliot Sander, Executive Director and Chief Executive Officer of the MTA, William Morange, Deputy Executive Director/Director of Security of the MTA, Kevin McConville, Chief of the MTA Police Department, and Terrance Culhane, Assistant Deputy Chief of the MTA Police Department,<br><br>            Defendants. | Civil Action No. 07-cv-3561 (GEL)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE<br>AND REQUEST FOR<br>ELECTRONIC NOTIFICATION** |

---

To Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the following counsel also appear in this action on behalf of defendants Metropolitan Transportation Authority, Elliot Sander, William Morange, Kevin McConville and Terrence Culhane:

    Craig R. Benson, Esq.                        Keith J. Rosenblatt, Esq.
    Littler Mendelson, P.C.                        Littler Mendelson, P.C.
    885 Third Avenue, 16th Floor            1 Newark Center, 8th Floor
    New York, New York 10022.4834      Newark, New Jersey 07102
    212.583.9600                                     973.848.4700
    cbenson@littler.com                            krosenblatt@littler.com

Please enter these appearances on the Court's docket and electronically notify defendants of all filings at the e-mail addresses listed above, in addition to the e-mail address already on record for defendants' other counsel, Stephen A. Fuchs.

Date: September 7, 2007
New York, New York

                                        s/ Keith J. Rosenblatt
                                        Keith J. Rosenblatt (KR/1418)
                                        **LITTLER MENDELSON, P.C.**
                                        Attorneys for Defendants
                                            Metropolitan Transportation Authority, Elliot Sander, William Morange, Kevin McConville and Terrence Culhane

## CERTIFICATION OF SERVICE

I hereby certify under penalty of perjury that on this date I caused a true and exact copy of the foregoing Notice of Appearance to be electronically served, via ECF service, on Deanna R. Waldron, Esq., McLaughlin & Stern, LLP, attorneys for plaintiffs, 260 Madison Avenue, New York, New York 10016.

                                                 s/ Keith J. Rosenblatt
                                                 Keith J. Rosenblatt

Dated: September 7, 2007

Firmwide:83060087.1 039247.1015