# LITTLER MENDELSON
A PROFESSIONAL CORPORATION

MEMO ENDORSED

Stephen A. Fuchs
Direct: 212.497.6845
Direct Fax: 347.287.6843
sfuchs@littler.com

November 20, 2007

**VIA FACSIMILE**
(212) 805-0436

Hon. Gerard E. Lynch
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Rm. 910
New York, NY 10007

*USDC*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 11/21/07*

Re: *Armstrong, et al. v. Metropolitan Transportation Authority, et al.*
Civil Action No. 07-3561 (GEL)

Dear Judge Lynch:

This firm represents Defendants in this matter. The Parties' Joint Progress report is to be submitted one week prior to the November 30, 2007 Status Conference in this matter. Because the offices of counsel for all parties, as well as the Court, are closed this Friday, November 23, 2007, the Parties were advised by your Law Clerk, Mr. Waylan, that the Joint Progress report may be submitted early next Monday, November 26, 2007.

We write now to request that the Parties be permitted to submit their Joint Progress Report on Tuesday, November 27, 2007, rather than on Monday, November 26, 2007. Plaintiffs do not object to this request. The reason for this request is the unavailability this week of MTA representatives who would otherwise review the Joint Progress Report. Defendants also expect to resolve certain outstanding issues between the parties regarding a proposed Stipulated Confidentiality Agreement on November 26, narrowing the scope of the issues to be addressed during the November 30, 2007 Status Conference.

**SO ORDERED**
*[signature]*
GERARD E. LYNCH, U.S.D.J.
11/21/07

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM
885 Third Avenue, New York, New York 10022.4834  Tel: 212.583.9600  Fax: 212.832.2719  www.littler.com

Hon Gerard E. Lynch
November 20, 2007
Page 2

      The parties thank the Court for its continued patience, courtesy and consideration with respect to this request.

                              Respectfully submitted,

                              Stephen A. Fuchs

cc:    Deanna Waldron, Esq. (Via Facsimile)

Firmwide:83675957.1 049444.1016