UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MARILYN ARMSTRONG, et al.,

                Plaintiffs,

     v.

METROPOLITAN TRANSIT AUTHORITY, et al.,

                Defendants.
----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 3561 (GEL) (HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_**    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___    Specific Non-Dispositive Motion/Dispute:*

_____

_____

        If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___    Settlement*

___    Inquest After Default/Damages Hearing

___    Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___    Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

       Purpose:_____

___    Habeas Corpus

___    Social Security

___    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

       Particular Motion:_____

_____

       All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              May 6, 2008

_____
GERARD E. LYNCH
United States District Judge