USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-08


LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

June 9, 2008

Stephen A. Fuchs
Direct: 212.497.6845
Direct Fax: 347.287.6843
sfuchs@littler.com

**VIA FACSIMILE (212) 805-6111**

Honorable Henry B. Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

*APPLICATION GRANTED*

**SO ORDERED**

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
6-10-08

Re:   *Armstrong, et al. v. Metropolitan Transportation Authority, et al.*
      Civil Action No. 07-cv-3561 (GEL) (HBP)

Dear Magistrate Judge Pitman:

   This firm represents Defendants in this matter. Pursuant to the Court's Order dated May 15, 2008, Defendants are required to produce, by June 11, 2008, certain enunciated documents within the personnel files of decision makers / supervisors identified by Plaintiffs, or, alternatively, to make an application to withhold any documents on the grounds that such circumstances render them irrelevant. Plaintiffs may submit any opposition to the application by June 25, 2008. Additionally, Plaintiffs are required to submit any opposition to Defendants' application to withhold production of the personnel file of Sergeant Adam Gross, submitted on May 27, 2008, by June 11, 2008.

   Due to substantial discovery activities occurring during the same time period in this matter, Defendants request, with the consent of Plaintiffs, that the June 11, 2008 deadlines for submissions by both parties be adjourned by eight days, to June 19, 2008, and that the June 25, 2008 deadline for Plaintiffs' opposition to Defendants' submission also be extended eight days to July 3, 2008. This is the first such extension requested by either party. Granting this extension will affect no other deadlines in this action other than those described herein.

   Defendants thank the Court for its courtesies and consideration with respect to this request.

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
885 Third Avenue, 16th Floor, New York, New York 10022.4834   Tel: 212.583.9600 Fax: 212.832.2719 www.littler.com

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

Honorable Henry B. Pitman
June 9, 2008
Page 2

Respectfully submitted,

Stephen A. Fuchs

cc:   Deanna Waldron, Esq. (via facsimile)
      Norman Siegel, Esq. (via facsimile)