# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-08

June 16, 2008

Stephen A. Fuchs
Direct: 212.497.6845
Direct Fax: 347.287.6843
sfuchs@littler.com

*Application Granted*

**VIA FACSIMILE (212) 805-6111**

Honorable Henry B. Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

**SO ORDERED**

/s/ Henry Pitman
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
6-24-08

Re: *Armstrong, et al. v. Metropolitan Transportation Authority, et al.*
Civil Action No. 07-cv-3561 (GEL) (HBP)

Dear Magistrate Judge Pitman:

This firm represents Defendants in this matter. Pursuant to the Court's Order dated May 15, 2008, Defendants are currently required to produce, by June 19, 2008, certain enunciated documents within the personnel files of decision makers / supervisors identified by Plaintiffs, or, alternatively, to make an application to withhold any documents on the grounds that such circumstances render them irrelevant. Plaintiffs may submit any opposition to the application by July 3, 2008. Additionally, Plaintiffs are required to submit any opposition to Defendants' application to withhold production of the personnel file of Sergeant Adam Gross, submitted on May 27, 2008, by July 3, 2008. These dates were previously extended eight days by consent.

Defendant requests, with the consent of Plaintiffs, a second brief extension of the deadlines set forth above for submissions by both parties be adjourned eight days, so that Defendants' application, if any, is due June 27, 2008, and that Plaintiffs' opposition to Defendants' submission also be adjourned eight days to July 11, 2008. This is the second such extension requested by either party. The total extension of time requested with respect to this issue is sixteen (16) days from the original deadlines set forth in the Court's May 15, 2008 Order. Granting this extension will affect no other deadlines in this action other than those described herein.

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
885 Third Avenue, 16th Floor, New York, New York 10022.4834 Tel: 212.583.9600 Fax: 212.832.2719 www.littler.com

Honorable Henry B. Pitman
June 16, 2008
Page 2

       Defendants thank the Court for its courtesies and consideration with respect to this request.

Respectfully submitted,

Stephen A. Fuchs

cc:    Deanna Waldron, Esq. (via facsimile)
       Norman Siegel, Esq. (via facsimile)