# LITTLER MENDELSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08

June 25, 2008

Stephen A. Fuchs
Direct: 212.497.6845
Direct Fax: 347.287.6843
sfuchs@littler.com

**VIA FACSIMILE (212) 805-6111**

*Application Granted*

Honorable Henry B. Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

SO ORDERED

*[signature]*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
6-27-08

Re:  *Armstrong, et al. v. Metropolitan Transportation Authority, et al.*
     Civil Action No. 07-cv-3561 (GEL) (HBP)

Dear Magistrate Judge Pitman:

This firm represents Defendants in this matter. Pursuant to the Court's Orders dated May 15, June 11, and June 24, 2008, Defendants are currently required to produce, by June 27, 2008, certain enunciated documents within the personnel files of decision makers / supervisors identified by Plaintiffs, or, alternatively, to make an application to withhold any documents on the grounds that such circumstances render them irrelevant. Plaintiffs may submit any opposition to the application by July 11, 2008. Additionally, Plaintiffs are required to submit any opposition to Defendants' application to withhold production of the personnel file of Sergeant Adam Gross, submitted on May 27, 2008, by July 11, 2008. These deadlines were previously extended sixteen days by consent and pursuant to the Court's endorsement.

Due to simultaneous depositions and document productions occurring in this litigation during the course of the last extension granted, as well as activity in other litigation, Defendants require a short additional extension of time to prepare an accurate submission on these issues. Defendants request, with the consent of counsel for Plaintiffs, a third brief extension of the deadlines set forth above for submissions by both parties, so that Defendants' application is due July 8, 2008, and Plaintiffs' reply to Defendants' submission is due July 22, 2008. Defendants do not anticipate the need for any further extensions, and apologize to the Court for not previously requesting a lengthier extension of time. Granting this extension will affect no other deadlines in this action other than those described herein.

ALABAMA
ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
885 Third Avenue, New York, New York 10022.4834  Tel: 212.583.9600  Fax: 212.832.2719  www.littler.com

## LITTLER MENDELSON
A PROFESSIONAL CORPORATION

Honorable Henry B. Pitman
June 25, 2008
Page 2

      Defendants thank the Court for its continued courtesy, consideration and patience with respect to this request.

      Respectfully submitted,

Stephen A. Fuchs

cc:   Deanna Waldron, Esq. (via facsimile)
      Norman Siegel, Esq. (via facsimile)

Firmwide:85668654.1 039247.1016