# McLaughlin & Stern, LLP
## FOUNDED 1898

RACHEL D. NICOTRA
PHONE (212) 448-1100, EXT 458
FAX (212) 448-0066
email: rnicotra@mclaughlinstern.com

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100
FAX (212) 448-0066

**MILLBROOK OFFICE**
Franklin Avenue
P.O. Box 1369
Millbrook, New York 12545
(845) 677-5700
Fax (845) 677-0097

July 18, 2008

VIA FACSIMILE—212-805-6111
Hon. Henry Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 750
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-7-08

*Application Granted*
**SO ORDERED**
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
8-5-08

Re: Armstrong et al. v. Metropolitan Transportation Authority et al.
Civil Action Number: 07 Civ 3561 (GEL)(HP)

Dear Magistrate Judge Pitman:

This firm, together with Norman Siegel, Esq., represents the Plaintiffs in this matter. Under our modified production schedule, Plaintiffs are required to submit an opposition to Defendants' application to withhold the personnel files of supervisors by July 22, 2008. Plaintiffs respectfully request, with the consent of the Defendants, that the date for their submission be adjourned for three weeks until August 12, 2008. This is Plaintiffs' first request for an extension.

Thank you for your consideration.

Respectfully submitted,

Rachel Nicotra

cc: Stephen Fuchs (via facsimile)