# EXHIBIT E

Case 1:07-cv-03561-GEL-HBP   Document 22-6   Filed 08/15/2008   Page 1 of 4



# METROPOLITAN TRANSPORTATION AUTHORITY
# POLICE DEPARTMENT

| PERSONNEL ORDER # 04-135 | | | |
|---|---|---|---|
| DATE ISSUED 06/16/04 | DATE EFFECTIVE To Be Announced | REVISION # 1 | PAGE 1 OF 1 |

TO: ALL LIEUTENANTS

SUBJECT: CAPTAIN – DISTRICT COMMANDER
REQUEST FOR CONSIDERATION

All Lieutenants wishing to be considered for the position of Captain–District Commander are directed to complete the first three pages of the attached four page "Candidate Abstract for Non-Competitive Member Positions" forms and immediately submit same to their supervisor. The Commanding Officer must review the submitted forms and complete page number four of the abstract entitled "Supervisory and Command Staff Recommendations". The Commanding Officer will ensure that the completed forms are forwarded to Assistant Deputy Chief Kim M. Rehbein – Administration, 345 Madison Avenue – 9th floor, New York, no later than Wednesday, June 23, 2004. Incomplete abstracts will be returned.

Internal candidates will receive first consideration over applicants from external sources.

Question relative to this order should be directed to Assistant Deputy Chief Kim M. Rehbein at (212) 878-1171.

Attachment: 1 (Candidate Abstract for Non-Competitive Member Positions), 4 pages

Authority:

*[signature]*

Thomas P. Lawless
Chief of Police

TPL/ca
PO#04-135REV#1

D00010085



# METROPOLITAN TRANSPORTATION AUTHORITY
# POLICE DEPARTMENT

| PERSONNEL ORDER # 04-136 ||||
|---|---|---|---|
| DATE ISSUED 06/16/04 | DATE EFFECTIVE To Be Announced | REVISION # 1 | PAGE 1 OF 1 |

TO:   ALL CAPTAINS & LIEUTENANTS

SUBJECT:   DEPUTY INSPECTOR - REQUEST FOR CONSIDERATION

All Captains and Lieutenants wishing to be considered for the position of Deputy Inspector in Penn Station or Grand Central Terminal are directed to complete the first three pages of the attached four page "Candidate Abstract for Non-Competitive Member Positions" forms and immediately submit same to their supervisor. The Commanding Officer must review the submitted forms and complete page number four of the abstract entitled "Supervisory and Command Staff Recommendations". The Commanding Officer will ensure that the completed forms are forwarded to Assistant Deputy Chief Kim M. Rehbein – Administration, 345 Madison Avenue – 9th floor, New York, no later than **Wednesday, June 23, 2004. Incomplete abstracts will be returned.**

**Internal candidates will receive first consideration over applicants from external sources.**

Question relative to this order should be directed to Assistant Deputy Chief Kim M. Rehbein at (212) 878-1171.

Attachment: 1 (Candidate Abstract for Non-Competitive Member Positions), 4 pages

Authority:

*[signature]*

**Thomas P. Lawless
Chief of Police**

TPL/tcn
P/O#04-136REV.#1

D00010081



# METROPOLITAN TRANSPORTATION AUTHORITY
# POLICE DEPARTMENT

| PERSONNEL ORDER # 04-137 | | | |
|---|---|---|---|
| DATE ISSUED 06/16/04 | DATE EFFECTIVE To Be Announced | REVISION # 1 | PAGE 1 OF 1 |

TO:             ALL CAPTAINS & LIEUTENANTS

SUBJECT:    INSPECTOR - REQUEST FOR CONSIDERATION

All Captains and Lieutenants wishing to be considered for the position of Inspector in Penn Station or Grand Central Terminal are directed to complete the first three pages of the attached four page "Candidate Abstract for Non-Competitive Member Positions" forms and immediately submit same to their supervisor. The Commanding Officer must review the submitted forms and complete page number four of the abstract entitled "Supervisory and Command Staff Recommendations". The Commanding Officer will ensure that the completed forms are forwarded to Assistant Deputy Chief Kim M. Rehbein – Administration, 345 Madison Avenue – 9th floor, New York, no later than Wednesday, June 23, 2004. Incomplete abstracts will be returned.

**Internal candidates will receive first consideration over applicants from external sources.**

Question relative to this order should be directed to Assistant Deputy Chief Kim M. Rehbein at (212) 878-1171.

Attachment: 1 (Candidate Abstract for Non-Competitive Member Positions), 4 pages

Authority:

*[signature]*

**Thomas P. Lawless**
**Chief of Police**

TPL/tab
P/O#04-137REV.#1

D00010079