# EXHIBIT F



# METROPOLITAN TRANSPORTATION AUTHORITY
# POLICE DEPARTMENT

## PERSONNEL ORDER # 04-184

| DATE ISSUED | DATE EFFECTIVE | REVISION # | PAGE |
|---|---|---|---|
| 07/14/04 | 07/22/04 | N/A | 1 OF 3 |

**TO:** ALL MEMBERS OF THE DEPARTMENT

**SUBJECT:** PROMOTIONS / APPOINTMENTS

The following promotions/appointments take effect within the Metropolitan Transportation Authority Police Department on Thursday, July 22, 2004:

### APPOINTMENT

| MEMBER | TO |
|---|---|
| John D'agostino | Assistant Deputy Chief |

### PROMOTIONS

| MEMBER | FROM | TO |
|---|---|---|
| Ernest Pucillo | Inspector | Assistant Deputy Chief |
| Kevin King | Lieutenant | Inspector |
| Thomas Dunn | Lieutenant | Inspector |
| Sean Montgomery | Captain | Deputy Inspector |
| Robert Terrett | Lieutenant | Deputy Inspector |
| Douglas Peterson | Lieutenant | Captain-District Commander |
| Kevin Kieran | Lieutenant | Captain-District Commander |
| James McKenna | Lieutenant | Captain-District Commander |
| Joseph Martelli | Lieutenant | Captain-District Commander |
| Neil Boyle | Lieutenant | Captain-District Commander |

D00007380



## METROPOLITAN TRANSPORTATION AUTHORITY
## POLICE DEPARTMENT

| PERSONNEL ORDER # 04-184 ||||
|---|---|---|---|
| DATE ISSUED 07/14/04 | DATE EFFECTIVE 07/22/04 | REVISION # N/A | PAGE 2 OF 3 |

### APPOINTMENTS

| MEMBER | FROM | TO |
|---|---|---|
| Thomas Farney | Sergeant | Detective Sergeant |
| Lawrence Cudia | Sergeant | Detective Sergeant |
| Daniel Eivazi | Sergeant | Detective Sergeant |

### PROMOTIONS

| MEMBER | FROM | TO |
|---|---|---|
| John Castagna | Sergeant | Lieutenant |
| Gary Beahan | Sergeant | Lieutenant |
| Kevin Farrell | Sergeant | Lieutenant |
| Robert Howell | Det/Sergeant | Lieutenant |
| Robert Pattison | Sergeant | Lieutenant |
| Michael Vicente | Sergeant | Lieutenant |
| Michael Yasso | Sergeant | Lieutenant |
| Steven Rios | Sergeant | Lieutenant |
| Christopher Rockett | Sergeant | Lieutenant |
| John Cirillo | Police Officer | Sergeant |
| Daniel Jagiello | Police Officer | Sergeant |
| Richard Smith | Police Officer | Sergeant |
| Brian Kinahan | Police Officer | Sergeant |
| Edward O'Flaherty | Police Officer | Sergeant |
| Joseph Johnston | Detective | Sergeant |
| Henry Lennon | Police Officer | Sergeant |
| Swarendra Jatindranath | Police Officer | Sergeant |
| Michael Costanza | Police Officer | Sergeant |
| Joseph Esposito | Police Officer | Sergeant |

D00007381



# METROPOLITAN TRANSPORTATION AUTHORITY
# POLICE DEPARTMENT

| PERSONNEL ORDER # 04-184 | | | |
|---|---|---|---|
| DATE ISSUED<br>07/14/04 | DATE EFFECTIVE<br>07/22/04 | REVISION #<br>N/A | PAGE<br>3 OF 3 |

## APPOINTMENTS

| MEMBER | FROM | TO |
|---|---|---|
| Keyla Hammam | Police Officer | Detective |
| Henry Micyk | Police Officer | Detective |
| Michael Pizzo | Police Officer | Detective |
| Richard Jernick | Police Officer | Detective |
| Raymond Godas | Police Officer | Detective |

Authority:

*[signature]*

**Thomas P. Lawless**
**Chief of Police**

TPL/tcn
P/O#04-184

D00007382