# EXHIBIT G



# METROPOLITAN TRANSPORTATION AUTHORITY
## POLICE DEPARTMENT

| DEPARTMENTAL INTERIM ORDER # 03-52 | | | |
|---|---|---|---|
| **DATE ISSUED** 09/10/03 | **DATE EFFECTIVE** 09/19/03 | **REVISION #** N/A | **PAGE** 1 OF 1 |

**TO:**       SERGEANTS

**SUBJECT:**    DETECTIVE SERGEANT
        REQUEST FOR CONSIDERATION

All sergeants wishing to be considered for the position of Detective Sergeant are directed to complete the first three pages of the attached four page "Candidate Abstract for Non-Competitive Member Positions" forms and immediately submit same to their supervisor. The supervisor & Commanding Officer are to review the submitted forms and complete page number four of the abstract entitled "Supervisory and Command Staff Recommendations". The Commanding Officer will ensure that the completed forms are forwarded to Lieutenant Stephen Conner, Detective Division, at 345 Madison Avenue (7th floor), by the close of business on **Friday, September 19, 2003. Incomplete abstracts will be returned.**

Questions relative to this order should be directed to Lt. S. Conner, Detective Division, @ (212) 878-2707.

Attachment: 1 (Candidate Abstract for Non-Competitive Member Positions), 4 pages

**Authority:**

James D. O'Donnell
**Chief of Police**

JDO/tcn
I/O#03-52

**EXHIBIT**
Conner-2
6-4-08

D00018964