# EXHIBIT H



# METROPOLITAN TRANSPORTATION AUTHORITY
# POLICE DEPARTMENT

| PERSONNEL ORDER # 03-175 | | | |
|---|---|---|---|
| DATE ISSUED 11/05/03 | DATE EFFECTIVE 11/12/03 | REVISION # N/A | PAGE 1 OF 1 |

TO:  ALL MEMBERS OF THE DEPARTMENT

SUBJECT:  REASSIGNMENTS – DETECTIVE SERGEANTS & DETECTIVES

The following reassignments will become effective within the Metropolitan Transportation Authority Police Department on **Wednesday, November 12, 2003**:

| Member | From | To |
|---|---|---|
| 1) Karen F. Taylor | Applicant Invest. | Detective Sergeant |
| 2) Robert R. Howell | Patrol Sergeant | Detective Sergeant |
| 3) Christian S. Pedoty | Patrol Sergeant | Detective Sergeant |
| 4) James DePola | Police Officer | Detective |
| 5) Anthony Pressley | Police Officer | Detective |
| 6) Edwin Ruiz | Police Officer | Detective |
| 7) John W. Kowalchuk, Jr. | Police Officer | Detective |
| 8) Frank A. Lore | Police Officer | Detective |
| 9) Matthew J. Taffner | Police Officer | Detective |
| 10) Scot Hendershot | Police Officer | Detective |
| 11) Douglas Rucano | Police Officer | Detective |
| 12) Patrick V. Inzinna | Police Officer | Detective |

Authority:

*James O'Donnell* (signature)

James D. O'Donnell
Chief of Police

EXHIBIT
Conner-3
6-4-08

JDO/tcn
P/O # 03-175

D00018963