# EXHIBIT I



## METROPOLITAN TRANSPORTATION AUTHORITY
## POLICE DEPARTMENT

| PERSONNEL ORDER # 05-317 | | | |
|---|---|---|---|
| DATE ISSUED | DATE EFFECTIVE | REVISION # | PAGE |
| 10/18/05 | Immediately | N/A | 1 OF 1 |

TO: ALL SERGEANTS

SUBJECT: DETECTIVE SERGEANT- REQUEST FOR CONSIDERATION

Sergeants wishing to be considered for the position of Detective Sergeant are directed to complete the attached form entitled, "Candidate Abstract for Non-Competitive Member Position". The form should be submitted to Assistant Deputy Chief, Stephen Conner at 345 Madison Avenue, New York, N.Y, 10017, no later than Friday, October 28, 2005.

The MTA Police Department is seeking individuals for this position who have the following qualifications:

- Five years law enforcement experience
- Exhibit proficiency in report writing, report review and the use of the Tiburon system
- Flexibility to work various tours as well as different work locations
- Detective experience desired
- Criminal Investigators Course required

Members who are eligible for consideration to this position will be scheduled for an interview.

Attachment: 1 (Candidate Abstract for Non-Competitive Member Position), 4 pages

Authority:

Kevin J. McConville
Chief of Police

KJM/jbs
P/O # 05-317

EXHIBIT
Conner-9
6-4-08

D00009460