# EXHIBIT J



# METROPOLITAN TRANSPORTATION AUTHORITY
# POLICE DEPARTMENT

| PERSONNEL ORDER # 03-197 ||||
|---|---|---|---|
| DATE ISSUED 12/15/03 | DATE EFFECTIVE 12/17/03 | REVISION # N/A | PAGE 1 OF 1 |

TO: ALL MEMBERS OF THE DEPARTMENT

SUBJECT: PROMOTION

The following promotion is effective within the Metropolitan Transportation Authority Police Department on Wednesday, December 17, 2003:

| MEMBER | FROM | TO |
|---|---|---|
| James F. Flanagan | Sergeant | Det./Sergeant |

Authority:

*Thomas P. Lawless*

Thomas P. Lawless
Chief of Police

TPL/tcn
P/O#03-197

EXHIBIT
Conner-6
6-4-08

D00007385