UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

Marilyn Armstrong, Marshall R. Mazyck,
Lilian Alvarado, Gordon Urquhart,
Blake J. Willett, Bryan Henry, Kenneth          Civil Action No. 07-3561(GEL)(HBP)
Davis, Eric Moore, Nzingha M. Kellman,          ECF Case
and Michael Benjamin

                          Plaintiffs,

                    -against-

Metropolitan Transportation Authority,
Elliot Sander, Executive Director and Chief
Executive Officer of the MTA, William
Morange, Deputy Executive Director/Director
of Security of the MTA, Kevin McConville,
Chief of the MTA Police Department, and
Terrance Culhane, Assistance Deputy Chief
of the MTA Police Department.

                          Defendants.
-------------------------------------------------------------------------X

**DECLARATION IN OPPOSITION TO DEFENDANT'S APPLICATION TO WITHHOLD
PERSONNEL FILES OF SUPERVISORS**

       I, RACHEL D. NICOTRA, declare under penalty of perjury that:

       1.  I am an attorney duly admitted to practice law in the State of New York and before this

Court and a member of the firm of McLAUGHLIN & STERN, LLP, attorneys for Plaintiffs in

this matter.

       2.  I submit this Declaration in opposition to Defendants' Application to withhold personnel

files of supervisors, and specifically, to place into the record on the motion documentary

exhibits.

1

3.   Annexed hereto as Exhibit "1" is a true and correct copy of the May 5, 2008, letter sent jointly to Judge Lynch by the parties in this matter.

4.   Annexed hereto as Exhibit "2" is a true and correct copy of the transcript of the May 14, 2008, Conference before Magistrate Judge Pitman.

5.   Annexed hereto as Exhibit "3" is a true and correct copy of the first two pages of the Metropolitan Transportation Authority Police Department Manual ("MTA PD Manual").

6.   Annexed hereto as Exhibit "4" is a true and correct copy of Section #2-05 of the MTA PD Manual entitled Military Conduct.

7.   Annexed hereto as Exhibit "5" is a true and correct copy of Section #5-051 of the MTA PD Manual entitled Awards.

Dated:  August 15, 2008

Rachel D. Nicotra