# Metropolitan Transportation Authority
# POLICE DEPARTMENT



# MANUAL

EDC000001/1

D00006516

# INTRODUCTION

The aim of this Metropolitan Transportation Authority Police Department (MTAPD) Policies and Procedures Manual is to provide a uniform, systematic, and up-to-date reference to guide Members of the MTAPD in carrying out the duties, responsibilities, and obligations imposed on them by law or necessarily assumed in carrying out the Department's objectives.

The Department reserves the right to alter, amend, or revoke any of the policies and procedures contained in this Manual, or to make additions thereto from time to time, as the good of service may require.

Any violation of these policies and procedures may result in disciplinary charges against the Member(s) responsible for the violation.

It is recognized by the Department that no procedure or policy can be established that embraces all situations in the discharge of police duties. Some things must be left to the discretion of the individual Member. However, if a Member deviates from the provisions articulated in this Manual, he/she must be able to demonstrate that this action was necessary and within the parameters of law.

All guidelines within this Manual are predicated on the presumption that Members are receiving or have previously received basic police academy training.

Each Member of the Department shall be issued a copy of the MTAPD Policies and Procedures Manual and is directed to become familiar with its content. The Department will provide training to familiarize Members with the procedures contained in the Manual. Members shall be responsible for keeping the Manual in good condition and making additions and/or deletions as ordered. Members must be able to produce this Manual for inspection, within a reasonable period of time when so directed.

In addition to this Manual, Orders and Directives as well as District/Unit Procedure Guides shall provide further instruction. These directives shall supplement the Manual and/or address issues specific to each District or Unit, but shall neither conflict nor supercede the Manual.

This Manual is divided into seventeen (17) Articles. Each Article is subdivided into Sections. When necessary, distinctions are made between New York State and Connecticut laws.