DEPARTMENT MANUAL SECTION # 2-05

# MILITARY CONDUCT

| Date | Date Effective | Revision Date | Page 1 of 3 |
|---|---|---|---|
| June, 2002 | Immediate | | |

## I. PURPOSE

To outline behavior for Members interacting with each other and provide guidelines for the display of flags.

## II. Policy

The Department shall function as a paramilitary organization. Each Member is required to observe military conduct and behavior, except when doing so would impede a Member's performance of duty.

### A. How to Address Members of the Department

| Title/Rank | Form of Address |
|---|---|
| Chief of Police<br>Deputy Chief of Police<br>Assistant Deputy Chief of Police | "Chief" |
| Inspector | "Inspector" |
| Captain | "Captain" |
| Lieutenant | "Lieutenant" |
| Detective Sergeant | "Sergeant" |
| Sergeant | "Sergeant" |
| Detective | "Detective" |
| Officer | "Officer" |

### B. Hand Salutes

#### 1. How to Salute

Raise your right hand, with your fingers and thumb extended and joined, until the tip of your index finger touches the lower part of your brim. Keep your wrist,

hand, and forearm straight. Keep your upper arm parallel with the ground.

2. **When to Salute**
   a. Give the hand salute only when both Members are in uniform.
   b. Salute Superior Officers.
   c. Superior Officers should return the salute.
   d. Members of the same rank do not salute one another.
   e. Members need not salute when they are seated in a public conveyances, motor vehicles, and while in restaurants or during classroom instruction.

3. **Saluting when on a detail**

   a. Member-in-Charge: Call the detail to attention and salute on behalf of the detail to the next highest rank.

C. **Display of the Flag**

1. **At Districts**
   a. Except during inclement weather, display the flag between the hours of sunrise and sunset or as near to those times as possible.
   b. Districts having one flagpole shall display the U.S. flag.
   c. Districts in the State of New York having two flagpoles shall display both the U.S. flag and the New York State flag. Districts in the State of Connecticut having two flagpoles shall display the U.S. flag and the Connecticut flag.
   d. The raising and lowering of the flag is the responsibility of the supervisor of the A-tour and B-tour or the Senior Member of such tours.

2. **At Parades and Ceremonies**
   a. The District Commander shall arrange for flags to be displayed properly.

3. **At Half-Mast**
   a. To display the flag at half-mast, first hoist it quickly to the top of the flagpole and then lower it slowly to half-mast.
   b. To lower the flag at sunset, first hoist it quickly to the top of the flagpole, then lower it slowly.
   c. On Memorial Day, display the flag at half-mast from sunrise until noon; and at full-mast from noon until sunset.
   d. Otherwise, display the flag at half-mast only upon the Orders of the



| | MILITARY CONDUCT | |
|---|---|---|
| | SECTION # 2-05 | PAGE 3 of 3 |

Chief.

**D.  Saluting the Flag**

1. Give hand salute only to the U.S. flag and only when you are in uniform.

2. If outdoors and in uniform, salute when the flag approaches approximately six steps away. Hold the salute until the flag has passed approximately six steps away.

3. If you are wearing civilian clothing, come to attention when the flag is approximately six steps away. Place your left arm at your left side; raise your right hand and place it over your heart. If wearing a hat, take it off, put it in your right hand and place it over your heart. Hold that position until the flag has passed approximately six steps away.

D00006550