UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

Marilyn Armstrong, Marshall R. Mazyck,
Lilian Alvarado, Gordon Urquhart,
Blake J. Willett, Bryan Henry, Kenneth          Civil Action No. 07-3561(GEL)(HBP)
Davis, Eric Moore, Nzingha M. Kellman,          ECF Case
and Michael Benjamin


                          Plaintiffs,

                    -against-

Metropolitan Transportation Authority,
Elliot Sander, Executive Director and Chief
Executive Officer of the MTA, William
Morange, Deputy Executive Director/Director
of Security of the MTA, Kevin McConville,
Chief of the MTA Police Department, and
Terrance Culhane, Assistance Deputy Chief
of the MTA Police Department.

                          Defendants.
-------------------------------------------------------------------------X

**DECLARATION IN OPPOSITION TO DEFENDANT'S APPLICATION TO WITHHOLD
PERSONNEL FILES OF SUPERVISORS**


      I, RACHEL D. NICOTRA, declare under penalty of perjury that:

      1.   I am an attorney duly admitted to practice law in the State of New York and before this

Court and a member of the firm of McLAUGHLIN & STERN, LLP, attorneys for Plaintiffs in

this matter.

      2.   I submit this Declaration in opposition to Defendants' Application to withhold personnel

files of supervisors, and specifically, to place into the record on the motion documentary

exhibits.

3.   Annexed hereto as Exhibit "1" is a true and correct copy of the May 5, 2008, letter sent jointly to Judge Lynch by the parties in this matter.

4.   Annexed hereto as Exhibit "2" is a true and correct copy of the transcript of the May 14, 2008, Conference before Magistrate Judge Pitman.

5.   Annexed hereto as Exhibit "3" is a true and correct copy of the first two pages of the Metropolitan Transportation Authority Police Department Manual ("MTA PD Manual").

6.   Annexed hereto as Exhibit "4" is a true and correct copy of Section #2-05 of the MTA PD Manual entitled Military Conduct.

7.   Annexed hereto as Exhibit "5" is a true and correct copy of Section #5-051 of the MTA PD Manual entitled Awards.

Dated:  August 15, 2008

Rachel D. Nicotra