| DEPARTMENT MANUAL | SECTION # 5-01 |
|---|---|



**AWARDS**

| Date<br>June, 2002 | Date Effective<br>Immediate | Revision Date | Page 1 of 7 |
|---|---|---|---|

I. **PURPOSE**

To establish guidelines to recognize Members and civilians for distinguished acts or outstanding service.

II. **POLICY**

The Department will recognize Members and civilians for distinguished acts or outstanding service.

III. **PROCEDURE**

    A. **Types of Awards**
    The following is a list of awards in order of precedence.

        1. **Memorial Medal**

            **Criteria:** Awarded posthumously to a Member who has made the supreme sacrifice in the line of duty.

            **Description:** An inscribed Medal suspended from a red, white, and blue ribbon.

        2. **Medal of Honor**

            **Criteria:** Awarded to a Member for individual acts of extraordinary bravery, intelligently performed, in the line of duty at imminent and personal danger to life. These are acts of gallantry and valor performed with the knowledge of the risk involved, above and beyond the call of duty.

            **Description:** A gold-trimmed, green breast bar with 12 gold stars accompanied by an inscribed medal suspended from a green and orange ribbon.

3. **Meritorious Police Duty**

    **Criteria:** Awarded to a Member for an act of extraordinary heroism, successfully and intelligently performed, while engaged with an armed adversary under circumstances of personal hazard to life.

    **Description:** A seven-section, gold-trimmed breast bar in the colors green, blue, and white, separated by the color yellow, accompanied by a cross-design medal suspended from a green ribbon.

4. **Medal of Merit**

    **Criteria:** Awarded to a Member for the performance of an act of outstanding personal bravery, intelligently performed, at personal hazard to life under circumstances evincing a disregard of personal consequences.

    **Description:** A gold-trimmed, blue breast bar accompanied by an inscribed Maltese-cross-design medal suspended from a blue ribbon.

5. **Excellent Police Duty**

    **Criteria:** Awarded to a Member for a conspicuous act or achievement that distinguishes an officer from other officers while in the performance of duty.

    **Description:** A five-section, gold-trimmed breast bar in the colors of green and white, separated by the color gold.

6. **Unit Citation**

    **Criteria:** Awarded to Members of an entire unit in recognition of outstanding performance.

    **Description:** A gold-trimmed, light blue breast bar.

7. **Chief of Police Certificate of Commendation**

    **Criteria:** Awarded to a Member for the performance of a commendable act, that deserves recognition under circumstances not within the category of any other commendation.

D00006595

DEPARTMENT MANUAL

| | AWARDS | |
|---|---|---|
| | SECTION # 5-01 | PAGE 3 of 7 |

   Description: A certificate signed by the Chief.

8. **Chief of Police Civilian Commendation**

   **Criteria:** Awarded to a civilian for an act of outstanding bravery or heroism, or an outstanding contribution to law enforcement, by which the individual has demonstrated the characteristics of personal courage and integrity.

   **Description:** A certificate signed by the Chief.

9. **Special Event Awards:**
   a. The Chief may issue special event awards at his/her discretion.

B. **When a Member performs an act worthy of recognition**

   1. **Nominating Member**
      When a Member wishes to nominate another Member or him/herself for an award, he/she should prepare a memorandum to the Member's Supervisor requesting the award and detailing the circumstances of the incident.

   2. **Supervisor**
      When a Supervisor receives a memorandum from the nominating Member, he/she should:
      a. Prepare the Request for Award form (the "Request").
         i. Include names and shield numbers of Members involved.
         ii. Attach copies of the incident report and other supporting documents.
         iii. Interview witnesses and obtain signed statements, when possible.
      b. Deliver the complete package containing the nominating memorandum, Request for Award Form (MTAPD Form #29), and other supporting documentation to District/Unit Commanding Officer within ten (10) days of receipt of memorandum.

   3. **District/Unit Commanding Officer**
      a. Review Request and determine whether it should be approved or denied.
      b. Complete Request and forward to appropriate Zone Inspector within 10 days from receipt of Request from Supervisor.

4. **Zone Inspector**
   a. Review Request and determine whether it should be approved or denied.
   b. Complete Request and forward to Awards Committee within ten (10) days from receipt of Request from District/Unit Commanding Officer.

5. **Awards Committee**
   a. Shall consist of Deputy Chief of Operations, Deputy Chief of Administration, and their designees.
   b. Review Request to determine whether it should be approved or denied.
   c. When the Request is approved, recommend the type of award.
   d. Complete Request and forward to Chief.

6. **Chief**
   a. Review the findings and recommendation of the Awards Committee.
   b. Approve or deny the Request.
   c. Notify Member in writing of decision.
   d. Forward the Request and final decision to Internal Affairs Bureau for filing.
   e. Notify Ceremonial Unit to arrange awards ceremony.

7. **Commanding Officer of Internal Affairs Bureau**
   a. Ensure request and decision is filed in the Member's personnel file.

8. **Ceremonial Unit**
   a. Coordinate annual awards ceremony.

C. **Appeals**

1. Any Member whose Request is denied or who believes the type of award is inappropriate may appeal, in writing, to the Chief.

2. Appeals must be submitted no later than 30 days from the date the Chief issues his/her decision on the Request.

3. The Chief's decision on an appeal is final.

D. **Display of Awards**

1. Refer to Section 7-03 "Uniform and Equipment Regulations".

D00006597

**Memorial Medal**



**Medal of Honor and Breast Bar**



Dark Green  12 Gold Stars

| DEPARTMENT MANUAL | | |
|---|---|---|
| AWARDS | | |
| SECTION # 5-01 | PAGE 6 of 7 | |

**Meritorious Police Duty and Breast Bar**



Gold Star

**Medal of Merit and Breast Bar**



Dark Blue

D00006599

DEPARTMENT MANUAL

| | AWARDS | |
|---|---|---|
| | SECTION # 5-01 | PAGE 7 of 7 |

**Excellent Police Duty Breast Bar**

Attached number (Depicts number of Awards) ⎯⎯⎯⎯⎯

**Unit Citation Breast Bar**

Light Blue ⎯⎯⎯⎯⎯

D00006600