```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
MARILYN Y. ARMSTRONG, et al.,      :

                 Plaintiffs,       :
                                        07 Civ. 3561 (GEL)(HBP)
     -against-                     :
                                        ORDER
METROPOLITAN TRANSPORTATION        :
AUTHORITY, et al.,
                                   :
                 Defendants.
                                   :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/09

      PITMAN, United States Magistrate Judge:

      By notice of motion dated August 27, 2009 (Docket Item 36), defendants move to compel the testimony of non-party witness Mark Landro. The Court's files indicate that copies of the motion and all supporting papers have been served on Mr. Landro.

      Since no opposition to the motion has been filed, the motion is granted on default. Mr. Landro is directed to appear for his deposition at the office of Littler Mendelson, P.C., 290 Broad Hollow Road, Melville, New York at 10:00 a.m. on October 4, 2009. Counsel has represented that no members of employees of

the MTA will be present other than counsel and, perhaps, the MTA's in-house counsel.

Dated: New York, New York
September 18, 2009

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Deanna R. Waldron, Esq.
Rachel D. Nicotra, Esq.
McLaughlin and Stern, LLP
260 Madison Ave
New York, New York  10016

Norman H. Siegel, Esq.
18th Floor
260 Madison Avenue
New York, New York  10016

Craig R. Benson, Esq.
Stephen A. Fuchs, Esq.
Littler Mendelson, P.C.
16th Floor
885 Third Avenue
New York, New York  10022

Mr. Mark Landro
183 Haypath Road
Old Bethpage, New York  11804